IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| HAROLD C. BOZEMAN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | (WO) |
| | ) | |
| v. | ) | Civil Action NO. 2:05cv45-A |
| | ) | |
| LUCENT TECHNOLOGIES INC., | ) | |
| | ) | |
| Defendant. | ) | |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinions and Orders entered on this date and on July 21, 2005,

Final Judgment is hereby entered in favor of the Defendant, Lucent Technologies, Inc. and against the Plaintiffs, Harold C. Bozeman, Amy Methvin, individually and for the Methvin Family Limited Partnership, Clarence H. Brannon, Jr., Susan B. Dismukes, Michael D. Goodson, Girish Modi, Frank Willis, Dale A. Martin, Cecil Parrish, J. Richard Thompson, Gerald Uritsky, Herndon Inge, III, George Hebling, III, Richard P. Brown, Rita C. Brown, Robert A. Beckerle, Charles H. Hamilton, Dwayne Strength, James Hodnett, Ernesta Hodnett, Brian McDaniel, Hubert Ratliff, Orvis I. Hicks, Clara J. Hicks, Alava Skipwith, Helen Pepper, Thomas W. Jordan, Earl B. Mitchell, William Charles Artmann, Henry Albert Wood, Jr., Wallace B. Swanson, Allie S. Povall, Charles E. Peters, Eugenie Barrow, Harold D. Smith, Alan N. Baroody, Sammy Pilcher, Nancy Callaway, Frank P. Misiak, Robert C. Kelly, Clifford E. Johnson, Loretta R. Johnson, and Jere M. Pound.

Costs are taxed against the Plaintiffs.

Done this 31st day of August, 2005.

                                           /s/ W. Harold Albritton
                                           W. HAROLD ALBRITTON
                                           SENIOR UNITED STATES DISTRICT JUDGE